Matter of Takemoto-Gentile (2025 NY Slip Op 04959)





Matter of Takemoto-Gentile


2025 NY Slip Op 04959


Decided on September 11, 2025


Appellate Division, Third Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided and Entered:September 11, 2025

PM-207-25
[*1]In the Matter of Christopher Keli'i Takemoto-Gentile, an Attorney. (Attorney Registration No. 6088629.)

Calendar Date:September 8, 2025

Before:Clark, J.P., Aarons, Lynch, Ceresia and Fisher, JJ.

Christopher Keli'i Takemoto-Gentile, Honolulu, Hawaii, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.



Per Curiam.
Christopher Keli'i Takemoto-Gentile was admitted to practice by this Court in 2023 and lists a business address in Honolulu, Hawaii with the Office of Court Administration. Takemoto-Gentile has applied to this Court, by affidavit sworn to June 12, 2025, for leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) opposes the application, contending that Takemoto-Gentile is ineligible for nondisciplinary resignation because he has failed to fulfill his attorney registration requirements for the most recent biennial period beginning in 2025 (see Judiciary Law § 468-a; Matter of Lee, 148 AD3d 1350, 1350 [3d Dept 2017]; Matter of Bomba, 146 AD3d 1226, 1226-1227 [3d Dept 2017]; Rules of Chief Admr of Cts [22 NYCRR] § 118.1).
A review of the Office of Court Administration records establishes that Takemoto-Gentile has duly registered and cured any preexisting registration delinquency. Accordingly, with AGC voicing no other substantive objection to his application, and having determined that Takemoto-Gentile is now eligible to resign for nondisciplinary reasons (compare Matter of Tierney, 148 AD3d 1457, 1458 [3d Dept 2017]; Matter of Bomba, 146 AD3d at 1227), we grant the application and accept his resignation.
Clark, J.P., Aarons, Lynch, Ceresia and Fisher, JJ., concur.
ORDERED that Christopher Keli'i Takemoto-Gentile's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Christopher Keli'i Takemoto-Gentile's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Christopher Keli'i Takemoto-Gentile is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Takemoto-Gentile is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Christopher Keli'i Takemoto-Gentile shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.









